Decided February 13, 2007

### INTERCITY DEVELOPMENT, LLC *v.* JOAO ANDRADE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 96 Conn. App. 608 (AC 25918), is granted, limited to the following issue:

"Did the Appellate Court properly reverse the judgment for the plaintiff on its recovery on its mechanic's lien and attorney's fees?"

The Supreme Court docket number is SC 17848.

*Robert E. Ghent,* in support of the petition.

*David P. Friedman* and *Marcy Tench Stovall,* in opposition.

Decided February 28, 2007